In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00311-CR
_____

TRAVIS OLIVER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. 21,877

**MEMORANDUM OPINION**

On May 13, 2016, the trial court sentenced Travis Oliver on a conviction for sexual assault of a child. Oliver filed a notice of appeal on August 29, 2016. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On September 6, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No

1

response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on October 4, 2016
Opinion Delivered October 5, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.